## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

KENNY DAVIS,                              :
                                         :
              Petitioner                  :
                                         :        7:06-CV-3 (HL)
       vs.                                :
                                         :
DWIGHT HAMERICK, Warden,                  :
                                         :        **PROCEEDINGS UNDER 28 U.S.C. § 2254**
                                         :        **BEFORE THE U.S. MAGISTRATE JUDGE**
              Respondent                  :
_____

## O R D E R

Petitioner **KENNY DAVIS** has petitioned this court to allow him to proceed *in forma pauperis* in the above-captioned proceeding brought under the provisions of 28 U.S.C. § 2254. The affidavit filed in support of the application to proceed *in forma pauperis* shows petitioner has $71.81 in his prison account. The filing fee for § 2254 proceedings is $5.00.

In the opinion of this court, petitioner does not meet the indigency requirements to permit him to proceed *in forma pauperis*; he has sufficient funds to enable him to pay the required filing fee herein. Accordingly, petitioner's application to proceed *in forma pauperis* is **DENIED**. Petitioner shall have thirty (30) days to submit the $5.00 filing fee. Petitioner's failure to timely submit the filing fee shall result in the dismissal of the instant petition.

**SO ORDERED**, this 11th day of January, 2006.


                                         /s/ Richard L. Hodge_____
                                         RICHARD L. HODGE
                                         UNITED STATES MAGISTRATE JUDGE

mh

Dockets.Justia.com